**Employee:** Ishwar Mahase
**SSN:** XXX-XX-XXXX
**Check Number:** 602356
**Check Date:** 6/29/2018
**Period Begin:** 6/23/2018
**Period End:** 6/29/2018
**W/H Status:** Federal: 0-Married, State: NY: 0-Married
**Employer:** Palace Plumbing & Heating Supply, 919 Southern Boulevard, Bronx, NY 10459, (718) 378-1010

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 30.00 | 40.00 | 1200.00 | 31200.00 |
| OT wages | 45.00 | 6.50 | 292.50 | 7605.00 |

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS PAY | 1492.50 | 38805.00 |
| FEDERAL TAXABLE GROSS PAY | 1462.50 | 38025.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 176.49 | 4577.06 |
| Soc Sec Tax | 92.54 | 2406.04 |
| Medicare Tax | 21.64 | 562.64 |
| State Inc Tax | 76.89 | 1997.92 |
| NY PFL | 1.88 | 48.88 |
| SDI | 0.60 | 15.00 |
| Medins | 20.00 | 520.00 |
| * 401k | 30.00 | 780.00 |

* Pre-tax deduction

| | Current | Year to Date |
|---|---|---|
| TOTAL DEDUCTIONS | 420.04 | 10907.54 |
| NET PAY | 1072.46 | 27897.46 |



**Employee:** Ishwar Mahase
**SSN:** XXX-XX-XXXX
**Check Number:** 602356
**Check Date:** 6/29/2018
**Period Begin:** 6/23/2018
**Period End:** 6/29/2018
**W/H Status:** Federal: 0-Married, State: NY: 0-Married
**Employer:** Palace Plumbing & Heating Supply, 919 Southern Boulevard, Bronx, NY 10459, (718) 378-1010

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 30.00 | 40.00 | 1200.00 | 31200.00 |
| OT wages | 45.00 | 6.50 | 292.50 | 7605.00 |

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS PAY | 1492.50 | 38805.00 |
| FEDERAL TAXABLE GROSS PAY | 1462.50 | 38025.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 176.49 | 4577.06 |
| Soc Sec Tax | 92.54 | 2406.04 |
| Medicare Tax | 21.64 | 562.64 |
| State Inc Tax | 76.89 | 1997.92 |
| NY PFL | 1.88 | 48.88 |
| SDI | 0.60 | 15.00 |
| Medins | 20.00 | 520.00 |
| * 401k | 30.00 | 780.00 |

* Pre-tax deduction

| | Current | Year to Date |
|---|---|---|
| TOTAL DEDUCTIONS | 420.04 | 10907.54 |
| NET PAY | 1072.46 | 27897.46 |

| Employee: Ishwar Mahase<br>SSN: XXX-XX-XXXX<br>Check Number: 602557<br>Check Date: 8/17/2018 | Period Begin: 8/11/2018 | W/H Status<br>Federal: 0-Married<br>State: NY: 0-Married<br>Period End: 8/17/2018 | | | Employer:<br>Palace Plumbing & Heating Supply<br>919 Southern Boulevard<br>Bronx, NY 10459<br>(718) 378-1010 | | |
|---|---|---|---|---|---|---|---|
| **Earnings** | | | | | **Taxes, Deductions, and Adjustments** | | |
| Description | Rate | Hours | Current | Year to Date | Description | Current | Year to Date |
| Reg wages | 30.00 | 40.00 | 1200.00 | 39600.00 | Fed Inc Tax | 176.49 | 5812.49 |
| OT wages | 45.00 | 6.50 | 292.50 | 9652.50 | Soc Sec Tax | 92.54 | 3053.82 |
| | | | | | Medicare Tax | 21.64 | 714.12 |
| | | | | | State Inc Tax | 76.89 | 2536.15 |
| | | | | | NY PFL | 1.88 | 62.04 |
| | | | | | SDI | 0.60 | 19.20 |
| | | | | | MedIns. | 20.00 | 660.00 |
| | | | | | * 401k | 30.00 | 990.00 |
| | | | | | * Pre-tax deduction | | |
| **TOTAL GROSS PAY** | | | 1492.50 | 49252.50 | **TOTAL DEDUCTIONS** | 420.04 | 13847.82 |
| **FEDERAL TAXABLE GROSS PAY** | | | 1462.50 | 48262.50 | **NET PAY** | 1072.46 | 35404.68 |

| Employee: Ishwar Mahase<br>SSN: XXX-XX-XXXX<br>Check Number: 602557<br>Check Date: 8/17/2018 | Period Begin: 8/11/2018 | W/H Status<br>Federal: 0-Married<br>State: NY: 0-Married<br>Period End: 8/17/2018 | | | Employer:<br>Palace Plumbing & Heating Supply<br>919 Southern Boulevard<br>Bronx, NY 10459<br>(718) 378-1010 | | |
|---|---|---|---|---|---|---|---|
| **Earnings** | | | | | **Taxes, Deductions, and Adjustments** | | |
| Description | Rate | Hours | Current | Year to Date | Description | Current | Year to Date |
| Reg wages | 30.00 | 40.00 | 1200.00 | 39600.00 | Fed Inc Tax | 176.49 | 5812.49 |
| OT wages | 45.00 | 6.50 | 292.50 | 9652.50 | Soc Sec Tax | 92.54 | 3053.82 |
| | | | | | Medicare Tax | 21.64 | 714.12 |
| | | | | | State Inc Tax | 76.89 | 2536.15 |
| | | | | | NY PFL | 1.88 | 62.04 |
| | | | | | SDI | 0.60 | 19.20 |
| | | | | | MedIns. | 20.00 | 660.00 |
| | | | | | * 401k | 30.00 | 990.00 |
| | | | | | * Pre-tax deduction | | |
| **TOTAL GROSS PAY** | | | 1492.50 | 49252.50 | **TOTAL DEDUCTIONS** | 420.04 | 13847.82 |
| **FEDERAL TAXABLE GROSS PAY** | | | 1462.50 | 48262.50 | **NET PAY** | 1072.46 | 35404.68 |

| Employee | | | | | Employer | | |
|---|---|---|---|---|---|---|---|
| Ishwar Mahase | | | | | Palace Plumbing & Heating Supply | | |
| SSN XXX-XX-XXXX | | W/H Status Federal: 0-Married State: NY: 0-Married | | | 919 Southern Boulevard Bronx, NY 10459 (718) 378-1010 | | |
| Check Number 602728 | | | | | | | |
| Check Date 9/28/2018 | Period Begin 9/22/2018 | Period End 9/28/2018 | | | | | |

| Earnings | | | | | Taxes, Deductions, and Adjustments | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Current | Year to Date | Description | Current | Year to Date |
| Reg wages | 30.00 | 40.00 | 1200.00 | 46800.00 | Fed Inc Tax | 176.49 | 6871.43 |
| OT wages | 45.00 | 6.50 | 292.50 | 11407.50 | Soc Sec Tax | 92.54 | 3609.06 |
| | | | | | Medicare Tax | 21.64 | 843.96 |
| | | | | | State Inc Tax | 76.89 | 2997.49 |
| | | | | | NY PFL | 1.88 | 73.32 |
| | | | | | SDI | 0.60 | 22.80 |
| | | | | | MedIns. | 20.00 | 780.00 |
| | | | | | * 401k | 30.00 | 1170.00 |
| | | | | | * Pre-tax deduction | | |
| TOTAL GROSS PAY | | | 1492.50 | 58207.50 | TOTAL DEDUCTIONS | 420.04 | 16368.06 |
| FEDERAL TAXABLE GROSS PAY | | | 1462.50 | 57037.50 | NET PAY | 1072.46 | 41839.44 |

| Employee | | | | | Employer | | |
|---|---|---|---|---|---|---|---|
| Ishwar Mahase | | | | | Palace Plumbing & Heating Supply | | |
| SSN XXX-XX-XXXX | | W/H Status Federal: 0-Married State: NY: 0-Married | | | 919 Southern Boulevard Bronx, NY 10459 (718) 378-1010 | | |
| Check Number 602728 | | | | | | | |
| Check Date 9/28/2018 | Period Begin 9/22/2018 | Period End 9/28/2018 | | | | | |

| Earnings | | | | | Taxes, Deductions, and Adjustments | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Current | Year to Date | Description | Current | Year to Date |
| Reg wages | 30.00 | 40.00 | 1200.00 | 46800.00 | Fed Inc Tax | 176.49 | 6871.43 |
| OT wages | 45.00 | 6.50 | 292.50 | 11407.50 | Soc Sec Tax | 92.54 | 3609.06 |
| | | | | | Medicare Tax | 21.64 | 843.96 |
| | | | | | State Inc Tax | 76.89 | 2997.49 |
| | | | | | NY PFL | 1.88 | 73.32 |
| | | | | | SDI | 0.60 | 22.80 |
| | | | | | MedIns. | 20.00 | 780.00 |
| | | | | | * 401k | 30.00 | 1170.00 |
| | | | | | * Pre-tax deduction | | |
| TOTAL GROSS PAY | | | 1492.50 | 58207.50 | TOTAL DEDUCTIONS | 420.04 | 16368.06 |
| FEDERAL TAXABLE GROSS PAY | | | 1462.50 | 57037.50 | NET PAY | 1072.46 | 41839.44 |

**FW WEBB CO**
160 MIDDLESEX TURNPIKE
BEDFORD, MA 01730-1408

| Pay Date: | 10/05/2018 |
|---|---|
| Voucher #: | (206826) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Ishwar Mahase | 1 | Checking | XXXXXXXX0193 | 021000322 | 1,013.82 |

123/123  3714  10/05/2018  (206826)

**Ishwar Mahase**
2417 W/ Allen Ln
North Bellmore, NY 11710

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#3714 - Ishwar Mahase
123/123
Voucher # (206826)
Pay Date: 10/05/2018
Pay Period: 09/30/2018-10/06/2018

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REG | 36.60 | 40.00 | 1,464.00 | 1,464.00 |
| Gross Pay | | | 1,464.00 | 1,464.00 |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| Dental | 2.00 | 2.00 | [1] |
| Medical Pre-Tax | 42.50 | 42.50 | [1] |
| Vision | 2.91 | 2.91 | [1] |
| Total | 47.41 | 47.41 | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,416.59 | 1,416.59 | 217.91 | 217.91 |
| FICA | 1,416.59 | 1,416.59 | 87.83 | 87.83 |
| MEDI | 1,416.59 | 1,416.59 | 20.54 | 20.54 |
| SIT:NY | 1,416.59 | 1,416.59 | 74.65 | 74.65 |
| New York Family | 1,464.00 | 1,464.00 | 1.84 | 1.84 |
| Total | | | 402.77 | 402.77 |

**Net Pay** 1,013.82  1,013.82
Checking (0193)  1,013.82  1,013.82

**Company Paid Benefits** [2]

| | Current | YTD |
|---|---|---|
| Dental | 20.28 | 20.28 |
| Medical Pre-Tax | 403.02 | 403.02 |
| FUTA | 8.50 | 8.50 |
| FICA | 87.83 | 87.83 |
| MEDI | 20.54 | 20.54 |
| SUTA_SC:NY | 1.10 | 1.10 |
| SUTA:NY | 20.86 | 20.86 |
| Total | 562.13 | 562.13 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

| | | | Pay Date: | 10/12/2018 |
|---|---|---|---|---|
| FW WEBB CO | | | Voucher #: | (209197) |
| 160 MIDDLESEX TURNPIKE | | | | |
| BEDFORD, MA 01730-1408 | | | | |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Ishwar Mahase | 1 | Checking | XXXXXXXX0193 | 021000322 | 1,507.99 |

123/123  3714  10/12/2018  (209197)

**Ishwar Mahase**
2417 Wallen Ln
North Bellmore, NY 11710

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#3714 - Ishwar Mahase   Voucher # (209197)
123/123                                                              Pay Period: 10/07/2018-10/13/2018

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| OT | 54.90 | 14.50 | 796.05 | 796.05 |
| REG | 36.60 | 40.00 | 1,464.00 | 2,928.00 |
| **Gross Pay** | | | **2,260.05** | **3,724.05** |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| Dental | 2.00 | 4.00 | 1 |
| Medical Pre-Tax | 42.50 | 85.00 | 1 |
| Vision | 2.91 | 5.82 | 1 |
| **Total** | **47.41** | **94.82** | |

### Taxes Withheld

| | | | Current | YTD |
|---|---|---|---|---|
| FIT | 2,212.64 | 3,629.23 | 404.14 | 622.05 |
| FICA | 2,212.64 | 3,629.23 | 137.18 | 225.01 |
| MEDI | 2,212.64 | 3,629.23 | 32.08 | 52.62 |
| SIT:NY | 2,212.64 | 3,629.23 | 128.40 | 203.05 |
| New York Family | 2,260.05 | 3,724.05 | 2.85 | 4.69 |
| **Total** | | | **704.65** | **1,107.42** |

| **Net Pay** | | | **1,507.99** | **2,521.81** |
|---|---|---|---|---|
| Checking (0193) | | | 1,507.99 | 2,521.81 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| Dental | 20.28 | 40.56 |
| Medical Pre-Tax | 403.02 | 806.04 |
| FUTA | 13.28 | 21.78 |
| FICA | 137.18 | 225.01 |
| MEDI | 32.08 | 52.62 |
| SUTA_SC:NY | 1.70 | 2.80 |
| -- More -- | | |

### Company Paid Benefits - Continued

| | Current | YTD |
|---|---|---|
| SUTA:NY | 32.21 | 53.07 |
| **Total** | **639.75** | **1,201.88** |

1  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
2  For Information purposes only. No effect on your net pay.

**FW WEBB CO**
160 MIDDLESEX TURNPIKE
BEDFORD, MA 01730-1408

Pay Date: 10/19/2018
Voucher #: (211550)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Ishwar Mahase | 1 | Checking | XXXXXXXX0193 | 021000322 | 1,519.51 |

123/123  3714  10/19/2018  (211550)

**Ishwar Mahase**
2417 Wallen Ln
North Bellmore, NY 11710

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#3714 - Ishwar Mahase
123/123

Voucher # (211550)

Pay Date: 10/19/2018
Pay Period: 10/14/2018-10/20/2018

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| OT | 54.90 | 17.00 | 933.30 | 1,729.35 |
| REG | 36.60 | 40.50 | 1,482.30 | 4,410.30 |
| Gross Pay | | | 2,415.60 | 6,139.65 |

**Deductions**

|  | Current | YTD |
|---|---|---|
| 401K | 120.78 | 120.78 [1] |
| Dental | 2.00 | 6.00 [2] |
| Medical Pre-Tax | 42.50 | 127.50 [2] |
| Vision | 2.91 | 8.73 [2] |
| Total | 168.19 | 263.01 |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,247.41 | 5,876.64 | 412.48 | 1,034.53 |
| FICA | 2,368.19 | 5,997.42 | 146.83 | 371.84 |
| MEDI | 2,368.19 | 5,997.42 | 34.34 | 86.96 |
| SIT:NY | 2,247.41 | 5,876.64 | 131.21 | 334.26 |
| New York Family | 2,415.60 | 6,139.65 | 3.04 | 7.73 |
| Total | | | 727.90 | 1,835.32 |

Net Pay  1,519.51  4,041.32
Checking (0193)  1,519.51  4,041.32

**Company Paid Benefits**

|  | Current | YTD |
|---|---|---|
| Dental | 20.28 | 60.84 |
| Medical Pre-Tax | 403.02 | 1,209.06 |
| FUTA | 14.21 | 35.99 |
| FICA | 146.83 | 371.84 |
| MEDI | 34.34 | 86.96 |
| SUTA_SC:NY | 1.81 | 4.61 |
| -- More -- | | |

**Company Paid Benefits - Continued**

|  | Current | YTD |
|---|---|---|
| SUTA:NY | 34.42 | 87.49 |
| Total | 654.91 | 1,656.79 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

FW WEBB CO 160 MIDDLESEX TURNPIKE, BEDFORD, MA 01730-1408

1 of 1

**FW WEBB CO**
160 MIDDLESEX TURNPIKE
BEDFORD, MA 01730-1408

Pay Date: 10/26/2018
Voucher #: (213916)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Ishwar Mahase | 1 | Checking | XXXXXXXX0193 | 021000322 | 1,391.40 |

123/123  3714  10/26/2018  (213916)

**Ishwar Mahase**
2417 Wallen Ln
North Bellmore, NY 11710

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#3714 - Ishwar Mahase                    Voucher # (213916)            Pay Date: 10/26/2018
123/123                                                                 Pay Period: 10/21/2018-10/27/2018

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| OT | 54.90 | 13.25 | 727.43 | 2,456.78 |
| REG | 36.60 | 40.00 | 1,464.00 | 5,874.30 |
| **Gross Pay** |  |  | **2,191.43** | **8,331.08** |

**Deductions**

|  | Current | YTD |  |
|---|---|---|---|
| 401K | 109.57 | 230.35 | 1 |
| Dental | 2.00 | 8.00 | 2 |
| Medical Pre-Tax | 42.50 | 170.00 | 2 |
| Vision | 2.91 | 11.64 | 2 |
| **Total** | **156.98** | **419.99** |  |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,034.45 | 7,911.09 | 361.37 | 1,395.90 |
| FICA | 2,144.02 | 8,141.44 | 132.93 | 504.77 |
| MEDI | 2,144.02 | 8,141.44 | 31.09 | 118.05 |
| SIT:NY | 2,034.45 | 7,911.09 | 114.90 | 449.16 |
| New York Family | 2,191.43 | 8,331.08 | 2.76 | 10.49 |
| **Total** |  |  | **643.05** | **2,478.37** |

**Net Pay**                                1,391.40      5,432.72
  Checking (0193)                          1,391.40      5,432.72

**Company Paid Benefits**                                          3

|  | Current | YTD |
|---|---|---|
| Dental | 20.28 | 81.12 |
| Medical Pre-Tax | 403.02 | 1,612.08 |
| FUTA | 6.02 | 42.01 |
| FICA | 132.93 | 504.77 |
| MEDI | 31.09 | 118.05 |
| SUTA_SC:NY | 1.64 | 6.25 |
| -- More -- |  |  |

**Company Paid Benefits - Continued**

|  | Current | YTD |
|---|---|---|
| SUTA:NY | 31.23 | 118.72 |
| **Total** | **626.21** | **2,483.00** |

1  Reduces your Federal & State Withholding Taxable Wage
2  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
3  For Information purposes only. No effect on your net pay.

**FW WEBB CO**  
160 MIDDLESEX TURNPIKE  
BEDFORD, MA 01730-1408

Pay Date: 11/02/2018  
Voucher #: (216280)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Ishwar Mahase | 1 | Checking | XXXXXXXX0193 | 021000322 | 1,361.78 |

123/123  3714  11/02/2018  (216280)

**Ishwar Mahase**  
2417 Wallen Ln  
North Bellmore, NY 11710

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#3714 - Ishwar Mahase  
123/123  
Voucher # (216280)  
Pay Date: 11/02/2018  
Pay Period: 10/28/2018-11/03/2018

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| GTL | | | 15.45 | 15.45 |
| OT | 54.90 | 12.50 | 686.25 | 3,143.03 |
| REG | 36.60 | 40.00 | 1,464.00 | 7,338.30 |
| **Gross Pay** | | | **2,165.70** | **10,496.78** |

**Deductions**

|  | Current | YTD |  |
|---|---|---|---|
| 401K | 107.51 | 337.86 | [1] |
| Dental | 2.00 | 10.00 | [2] |
| Vision | 2.91 | 14.55 | [2] |
| **Total** | **154.92** | **574.91** | |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,010.78 | 9,921.87 | 355.69 | 1,751.59 |
| FICA | 2,118.29 | 10,259.73 | 131.33 | 636.10 |
| MEDI | 2,118.29 | 10,259.73 | 30.72 | 148.77 |
| SIT:NY | 2,010.78 | 9,921.87 | 113.10 | 562.26 |
| New York Family | 2,150.25 | 10,481.33 | 2.71 | 13.20 |
| **Total** | | | **633.55** | **3,111.92** |

**Net Pay**   1,377.23   6,809.95

Non Cash Fringe Benefit   15.45   15.45

**Company Paid Benefits** [3]

|  | Current | YTD |
|---|---|---|
| Dental | 20.28 | 101.40 |
| Medical Pre-Tax | 403.02 | 2,015.10 |
| FUTA | | 42.01 |
| FICA | 131.33 | 636.10 |
| -- More -- | | |

**Company Paid Benefits - Continued**

|  | Current | YTD |
|---|---|---|
| MEDI | 30.72 | 148.77 |
| SUTA_SC:NY | 1.61 | 7.86 |
| SUTA:NY | 30.64 | 149.36 |
| **Total** | **617.60** | **3,100.60** |

[1] Reduces your Federal & State Withholding Taxable Wage  
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[3] For information purposes only. No effect on your net pay.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX/QQ5 21634509 | 01/MGMT | 5978664 | 1 of 1 |

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

**Earnings Statement**

ADP

Period Starting: 08/23/2018
Period Ending: 09/05/2018
Pay Date: 09/07/2018

Business Phone: 212-283-4423

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 0    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Rachel Mahase
133 West Centennial Avenue
Roosevelt, NY 11575

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2692.31 | 12923.09 |
| Gross Pay | | | $2,692.31 | $12,923.09 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -255.12 | 1210.98 |
| Social Security | -166.92 | 801.23 |
| Medicare | -39.03 | 187.38 |
| New York State Income | -139.04 | 661.12 |
| New York Paid Family Leave | -3.39 | 16.27 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| Net Pay | $2,087.61 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3306 | XXXXXXXXX | 2087.61 |

Your federal taxable wages this period are $2,692.31

---

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

Pay Date: 09/07/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3306 | XXXXXXXXX | 2087.61 |

**THIS IS NOT A CHECK**

Rachel Mahase
133 West Centennial Avenue
Roosevelt, NY 11575

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / QQ5 21634509 | 01/MGMT | 6026572 | 1 of 1 |

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

**Earnings Statement** 

Period Starting: 09/06/2018
Period Ending: 09/19/2018
Pay Date: 09/21/2018

Business Phone: 212-283-4423

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 0                Federal:
  State:   0                State:
  Local:   0                Local:
Social Security Number: XXX-XX-XXXX

Rachel Mahase
2417 Wallen Lane
North Bellmore, NY 11710

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2692.31 | 15615.40 |
| Gross Pay | | | $2,692.31 | $15,615.40 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -255.12 | 1466.10 |
| Social Security | -166.92 | 968.15 |
| Medicare | -39.04 | 226.42 |
| New York State Income | -139.04 | 800.16 |
| New York Paid Family Leave | -3.39 | 19.66 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 7.20 |

| Net Pay | | $2,087.60 |
|---|---|---|

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0193 | XXXXXXXXX | 2087.60 |

Your federal taxable wages this period are $2,692.31

---

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

Pay Date: 09/21/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0193 | XXXXXXXXX | 2087.60 |

THIS IS NOT A CHECK

Rachel Mahase
2417 Wallen Lane
North Bellmore, NY 11710

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / QQ5 21634509 | 01/MGMT | 6076469 | 1 of 1 |

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

**Earnings Statement**

ADP

Period Starting:  09/20/2018
Period Ending:   10/03/2018
Pay Date:        10/05/2018

Business Phone:  212-283-4423

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
  Federal:   0                    Federal:
  State:     0                    State:
  Local:     0                    Local:
Social Security Number:  XXX-XX-XXXX

Rachel Mahase
2417 Wallen Lane
North Bellmore, NY 11710

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2692.31 | 18307.71 |
| Gross Pay | | | $2,692.31 | $18,307.71 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -255.12 | 1721.22 |
| Social Security | -166.93 | 1135.08 |
| Medicare | -39.04 | 265.46 |
| New York State Income | -139.04 | 939.20 |
| New York Paid Family Leave | -3.39 | 23.05 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 8.40 |

| Net Pay | | $2,087.59 |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0193 | XXXXXXXXX | 2087.59 |

Your federal taxable wages this period are $2,692.31

---

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

Pay Date:  10/05/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0193 | XXXXXXXXX | 2087.59 |

*THIS IS NOT A CHECK*

Rachel Mahase
2417 Wallen Lane
North Bellmore, NY 11710

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / QQ5 21634509 | 01/MGMT | 6125854 | 1 of 1 |

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

# Earnings Statement

**ADP**

Period Starting: 10/04/2018
Period Ending: 10/17/2018
Pay Date: 10/19/2018

Business Phone: 212-283-4423

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 0    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Rachel Mahase
2417 Wallen Lane
North Bellmore, NY 11710

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | | 2692.31 | 21000.02 |
| Gross Pay | | | $2,692.31 | $21,000.02 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -255.12 | 1976.34 |
| Social Security | -166.92 | 1302.00 |
| Medicare | -39.04 | 304.50 |
| New York State Income | -139.04 | 1078.24 |
| New York Paid Family Leave | -3.39 | 26.44 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 9.60 |

| Net Pay | $2,087.60 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0193 | XXXXXXXXX | 2087.60 |

Your federal taxable wages this period are $2,692.31

---

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

Pay Date:    10/19/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0193 | XXXXXXXXX | 2087.60 |

Rachel Mahase
2417 Wallen Lane
North Bellmore, NY 11710

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX7QQ5 21634509 | 01/MGMT | 6175744 | 1 of 1 |

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

**Earnings Statement** 

Period Starting: 10/18/2018
Period Ending: 10/31/2018
Pay Date: 11/02/2018

Business Phone: 212-283-4423

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0   Tax Override:
 State: 0     Federal:
 Local: 0     State:
              Local:
Social Security Number: XXX-XX-XXXX

Rachel Mahase
2417 Wallen Lane
North Bellmore, NY 11710

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2692.31 | 23692.33 |
| Gross Pay | | | $2,692.31 | $23,692.33 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -255.12 | 2231.46 |
| Social Security | -166.92 | 1468.92 |
| Medicare | -39.04 | 343.54 |
| New York State Income | -139.04 | 1217.28 |
| New York Paid Family Leave | -3.39 | 29.83 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 10.80 |

| Net Pay | | $2,087.60 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0193 | XXXXXXXXX | 2087.60 |

Your federal taxable wages this period are $2,692.31

---

IN SAFE HANDS MGMT LLC
223 WEST 138TH ST GROUND FLOOR
NEW YORK, NY 10030

Pay Date: 11/02/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0193 | XXXXXXXXX | 2087.60 |

**THIS IS NOT A CHECK**

Rachel Mahase
2417 Wallen Lane
North Bellmore, NY 11710